UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    APPELLEE            )<br>Vs.                        )<br>                           )<br>WILLIAM SCOTT DION,        )<br>    APPELLANT           ) | CRIMINAL ACTION<br>NO. 12-2231 |

MOTION TO WITHDRAW AS COUNSEL

NOW COMES John M. Goggins, counsel for William Scott Dion, Defendant in the above captioned matter and hereby respectfully moves this Honorable Court allow him to withdraw as counsel. As reasons, counsel states the following:

1. Counsel has recently accepted a position in the Trial Court of Massachusetts, Housing Court Department. This position will preclude counsel from practicing law;

2. Counsel is schedule to begin his new position on January 13, 2014;

3. Counsel has communicated with Defendant Dion, and he has requested that subsequent counsel be appointed to represent him. Please see attached email from William Scott Dion.

4. Counsel has severed a copy of this motion on Defendant, through the Bureau of Prison's CORRLINK email account for William Scott Dion. This is account that counsel has used to communicate with Defendant since his incarceration in November 2012.

WHEREFORE, for the foregoing reasons, Counsel respectfully requests that this Honorable Court allow the instant motion to withdraw as counsel and that subsequent counsel be appointed.

Respectfully Requested,
William Scott Dion,
By His Attorney,

Case: 12-2231   Document: 00116631166   Page: 2   Date Filed: 01/01/2014   Entry ID: 5791264

```
                                /s/ John M. Goggins
                                John M. Goggins
                                46 Wachusett Street
                                Worcester, MA  01609
                                Tel:  508. 798. 2288
                                BBO #631254
```

Dated:  January 1, 2014


CERTIFICATE OF SERVICE

    I, John M. Goggins, hereby certify that on this date, this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                        /s/John M. Goggins


    Dated: January 1, 2014

## John Goggins

**From:**  DION WILLIAM SCOTT (80419038)

**Sent Date:**  Tuesday, December 31, 2013 2:25 PM

**To:**  john@attorneygoggins.com

**Subject:**  RE: Motion to Withdraw

John,

Yes I have received your correspondence and I am aware of your request to withdraw. Please have the court make another appontment.

Thank you,

William Scott Dion