UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-2229

UNITED STATES

vs.

WILLIAM SCOTT DION

Defendant-Appellant

---

MOTION FOR ENLARGEMENT OF TIME FOR FILING
APPELLANT'S PETITION FOR REHEARING

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Defendant-Appellant William Scott Dion moves the Court for an order enlarging from January 21, 2014 to February 27, 2014 the time in which he may file a Petition for Rehearing pursuant to Rule 35 or Rule 40, F.R.A.P.

In support of his motion, the defendant, by and through his counsel, states in support:

    1. Mr. Dion's conviction was affirmed by this Court on January 7, 2014;

    2. On January 8, 2014, by order of this Court, counsel was appointed as substitute counsel under the Criminal Justice Act and prior counsel, Attorney John M. Goggins, withdrew from the case;

    3. The Court also ordered Attorney Goggins to forward the case record to counsel by January 13, 2014;

    4. By operation of Rule 40, F.R.A.P., Appellant's Petition for Rehearing would need to be filed on or before January 21, 2014;

5. Having just entered the case, counsel will not have adequate time to review the record, consult with Mr. Dion, and prepare a Petition for Rehearing by January 21, 2014.

6. Due to counsel's previously established commitments in other cases, and after consulting with Attorney Goggins about the issues involved, and the volume of the record, counsel believes she will be prepared to digest the record and file a petition for rehearing, if necessary, by February 27, 2014.

7. The enlargement of time requested is necessary for counsel to be prepared to competently represent Mr. Williams Scott Dion in his appeal.

WHEREFORE, Appellant William Scott Dion moves the Court for an order enlarging to February 27, 2014 the time in which he is to file his Petition for Rehearing.

Respectfully submitted,
WILLIAM SCOTT DION, APPELLANT

/s/ Linda J. Thompson
By_____
Linda J. Thompson
First Circuit Bar No 5078
Thompson & Thompson, P.C.
1331 Main Street
Springfield, MA 01103
linda@ttpclaw.com
[413] 739-2100, [413] 739-2300 - fax

Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing Motion for Enlargement of Time for Filing Petition for Rehearing field through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2014.

/s/ Linda J. Thompson