```
                   UNITED STATES COURT OF APPEALS
                      FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,)                CRIMINAL ACTION
     APPELLEE           )                 NO. 12-2231
Vs.                     )
                        )
WILLIAM SCOTT DION,     )
     APPELLANT          )
```

                        PROOF OF SERVICE

   I, John M. Goggins, in compliance with this court's order entered January 8, 2014, that I forward my case record to Attorney Linda Thompson state the following:

   1.  That I have forwarded all documents that Attorney Thompson has requested.
   2.  That Attorney Thompson and I have discussed the court order and believe that I have complied with the order.
   3.  Additionally, due to the size of the file, I have told Attorney Thompson that if there is any other document that she requires that I will with all due haste provide such document if it is within my possession.

                              Respectfully Submitted,


                              /s/ John M. Goggins
                              John M. Goggins
                              46 Wachusett Street
                              Worcester, MA  01609
                              Tel: 508. 798. 2288
                              BBO #631254



Dated:  January 10, 2014

<u>CERTIFICATE OF SERVICE</u>

    I, John M. Goggins, hereby certify that on this date, this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

<u>/s/John M. Goggins</u>

    Dated: January 10, 2014