# United States Court of Appeals
## For the First Circuit

No. 12-2231

UNITED STATES,

Appellee,

v.

WILLIAM SCOTT DION,

Defendant - Appellant.

**ORDER OF COURT**
Entered: January 13, 2014

     Appellant's motion for extension of time to February 27, 2014 to file a petition for rehearing/rehearing en banc is allowed. No further extensions will be granted.

     By the Court:
     /s/ Margaret Carter, Clerk

cc:
Linda Thompson
William Dion
Dina Chaitowitz
Frank Cihlar
Gregory Davis
John Kane, Jr.
Damon Taaffe
Victor Wild