# United States Court of Appeals
## For the First Circuit

No. 12-2231

UNITED STATES

Appellee

v.

WILLIAM SCOTT DION

Defendant - Appellant

**MANDATE**

Entered: March 13, 2014

In accordance with the judgment of January 7, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Frank Phillip Cihlar
Gregory Victor Davis
John Noel Kane Jr.
Damon W. Taaffe
Linda J. Thompson
Victor A. Wild