# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

March 20, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: William Scott Dion
    v. United States
    Application No. 13A942
    (Your No. 12-2231)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on March 20, 2014, extended the time to and including June 6, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
**Clerk of the Court**
(202) 479-3011

NOTIFICATION LIST

Ms. Linda J. Thompson
Thompson & Thompson, P.C.
1331 Main Street
Suite 320
Springfield, MA  01103


Mr. Donald B. Verrilli, Jr.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
02 1R        $ 00.48⁰
00000120 42   MAR 20 2014
MAILED FROM ZIP CODE 20543

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

USMS SCREENED